| | | | |
|---|---|---|---|
| 493P13 | State v. Jasmine Antoinette Lewis | 1. Def's Motion for Temporary Stay<br><br>2. Def's Petition for *Writ of Supersedeas* | 1. Allowed **10/04/2013**<br><br>2. |
| 494P13 | State v. Lance Adam Goldman | 1. State's Motion for Temporary Stay<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 (COA12-1509) | 1. Allowed **11/04/2013**<br><br>2.<br><br>3. |
| 500P12-3 | State v. William Adam Payseur | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA (COA11-692)<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Denied<br><br>2. Dismissed as Moot |
| 504P13 | Lewis K. Archie v. Brad Perritt Inst. | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied |
| 514PA08-3 | State v. Bobby E. Bowden | 1. State's Motion for Temporary Stay<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's Petition for *Writ of Certiorari* to Review Decision of COA (COA12-1072) | 1. Allowed **09/09/2013**<br><br>2. Allowed<br><br>3. Allowed |
| 531P02-3 | State v. Vincent Brady Allen | 1. Def's *Pro Se* Motion for NOA for Discretionary Review (COAP13-652)<br><br>2. Def's *Pro Se* Motion for PDR (COAP13-652) | 1. Dismissed<br><br>2. Dismissed |
| 539P03-6 | State v. Harris Emanuel Ford | Def's *Pro Se* Petition for *Writ of Certiorari* to Review the Order of the COA (COAP13-502) | Dismissed<br><br>**Hudson, J., recused** |